35 F.3d 578
 Brooks (John Wesley, Mary), as Next Friend and Natural
Guardian to Benton (Dorothy), Williams (Jackie), Brooks
(Marquetta), Stevens (Willie Charles), Glover (Janet), as
Next Friend and Natural Guardian to Glover (James), Brooks
(Twana), Williams (Dorothy), as Next Friend and Natural
Guardian to Williams (Robin Michelle)
v.
Doe (John), Police Officer of Covington Poice Department,
Doe (John), Member of Covington/Newton County Swat
Team, Moody (Bob), Sheriff for City of
Covington Police
 NO. 93-8414
 United States Court of Appeals,
Eleventh Circuit.
 Aug 26, 1994
 N.D.Ga., 25
 F.3d 1061
 
 1
 DENIALS OF REHEARING EN BANC.